**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **ALDO OTINIANO,**<br>*Individually and on behalf of all Others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**NPAS SOLUTIONS, LLC**<br><br>Defendant. | ) | Case No. 1:25-cv-24955<br><br>**JURY TRIAL DEMANDED**<br><br>Removal of Cause No. 2025-018747-CA-01<br>Miami-Dade County, Florida |

**<u>NOTICE OF REMOVAL</u>**

Defendant NPAS Solutions, LLC, ("Defendant"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes this action which has been pending as Cause No. 2025-018747-CA-01 in the Circuit Court of The 11th Judicial Circuit In and For Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida. In support of this Notice of Removal, Defendant states as follows:

**I. Procedural Removal Requirements Are Satisfied**

1. Plaintiff Aldo Otiniano ("Plaintiff") commenced an action by filing a Complaint and Demand for Jury Trial ("Complaint") on September 24, 2025 in the in the Circuit Court of the 11th Judicial Circuit In and For Miami-Dade County, Florida, styled <u>Aldo Otiniano v. NPAS Solutions, LLC</u>, Case No. 2025-018747-CA-01 (the "State Court Action").

2. Defendant's registered agent was served with a copy of the Complaint and Summons on October 7, 2025. Thirty days have not yet expired since this action became removable to this Court. Thus, this matter is timely removed. 28 U.S.C. § 1446(b).

3. Pursuant to 28 U.S.C. § 1446(a), the complete file of the Circuit Court of the 11th Judicial Circuit In and For Miami-Dade County, Florida, in this matter is attached to this Notice as **Exhibit A**.

4. A true and correct copy of the Complaint is attached contained in Exhibit A.

5. The pleadings and papers filed in this litigation are limited to the Complaint and documents relating to service on Defendant.

6. Pursuant to Local Rule 3.3, Defendant is contemporaneously filing a completed Civil Cover Sheet.

7. Concurrent with the filing of this Notice, Defendant is serving this Notice on Plaintiff's counsel and filing a copy of the Notice with the Clerk of the Circuit Court of the 11th Judicial Circuit In and For Miami-Dade County, Florida.

8. In accordance with Local Rule 5.2, Defendant will file proof of filing the notice with the Clerk of the State Court and proof of service on all adverse parties.

9. The United States District Court for the Southern District of Florida embraces the county in which the State Court Action is now pending. Therefore, venue is proper for this action pursuant to 28 U.S.C. § 1446(a).

10. By filing a Notice of Removal, Defendant does not waive any of its rights or defenses.

## II. This Court Has Federal Question Jurisdiction Over Plaintiff's Alleged TCPA Claim

11. Plaintiff alleges that Defendant violated the federal Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA"). Exhibit A, Complaint at ¶¶ 32-39.

12. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1331 because Plaintiff's TCPA claim arises under federal law. The United States Supreme Court, in

*Mims v. Arrow Financial Services, LLC,* stated that "[b]ecause federal law creates the right of action and provides the rules of decision, [a] TCPA claim, in 28 U.S.C. § 1331's words, plainly 'aris[es] under' the 'laws . . . of the United States.'" 132 S.Ct. 740, 748 (2012). The Supreme Court held that "Congress did not deprive federal courts of federal-question jurisdiction over private TCPA suits." *Id.* at 747.

13. Because this Court has original jurisdiction over Plaintiff's TCPA claims, this case is removable by Defendant. 28 U.S.C. §§ 1441(a) and 1441(c).

WHEREFORE, all of the requirements of 28 U.S.C. §§ 1331, 1441(a), and 1446 have been satisfied, and Notice is hereby given that this action is removed from the Circuit Court of the 11th Judicial Circuit In and For Miami-Dade County, Florida to the United States District Court for the Middle District of Florida.

DATED: October 27, 2025.

Respectfully submitted,

/s/ *Drew P. O'Malley*

Drew P. O'Malley
Florida Bar No. 106551
Spencer Fane LLP
201 North Franklin Street, Suite 2150
Tampa, FL 33602
Phone: 813-424-3500
Facsimile: 813-405-8904
domalley@spencerfane.com
ecoutu@spencerfane.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of October, 2025, the foregoing document was filed electronically with the Clerk of the Court, to be served by the Court's CM/ECF electronic notification system on all counsel of record, on the following:

Mitchell D. Hansen
Zane C. Hedaya
Gerald D. Lane, Jr.
mitchell@jibraellaw.com
zane@jibraellaw.com
gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Attorneys for Plaintiff

*/s/ Drew P. O'Malley*